IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

DEMITRIY P. ORMANZHI, d/b/a Extreme Performance; LOUIS E. JONES, III; REBECCA S. JONES,

        Defendants.

2:09-cv-000728-GEB-EFB

ORDER RE: SETTLEMENT AND DISPOSITION

        The Notice of Settlement filed by Plaintiff on May 29, 2009, states "the parties have settled this action. Dispositional documents will be filed within (30) calendar days." Therefore, a dispositional document shall be filed no later than June 29, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for June 15, 2009, is continued to commence at 9:00 a.m. on July 27, 2009, in the event that no dispositional document is filed, or if this action is not

otherwise dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  June 6, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2