IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DEMITRIY P. ORMANZHI, d/b/a<br>Extreme Performance; LOUIS E.<br>JONES, III; REBECCA S. JONES,<br><br>        Defendants. | 2:09-cv-00728-GEB-EFB<br><br><u>ORDER OF DISMISSAL</u> |

        On June 8, 2009, an Order ("June 8 Order") issued granting the parties until June 29, 2009, to file a dispositional document since Plaintiff represented in a Notice of Settlement filed May 29, 2009, that this action had settled.  The June 8 Order further stated: "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed."  Since no dispositional or other document has been filed, it is assumed reason does not exist

1 | for this action to continue pending.  Therefore, this action is
2 | dismissed without prejudice.
3 |         IT IS SO ORDERED.
4 | Dated:  June 30, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge